AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Reavley, Thomas M. | 2. Court or Organization  Fifth Circuit Court of Appeals | 3. Date of Report  04/16/2015 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014  to  12/31/2014 |
|---|---|---|

**7. Chambers or Office Address**

Bob Casey Federal Courthouse
515 Rusk Street, Room 11009
Houston, Texas 77002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | State of Texas, Judicial Retirement | $76,608.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | [redacted] | | | | |
| 2. | American Law Institute | 01/15/2014-01/17/2014 | Philadelphia, PA | Attend Council Meeting | Reimbursement of Lodging, Meals, Transportation and Airfare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 04/16/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prudential Insurance Co. | Policy Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 04/16/2015 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank (Houston) | A | Interest | M | T | | | | | |
| 2. Royalty (Hendrix) Pecos County, Texas | A | Royalty | J | W | | | | | |
| 3. Minerals (Samson) Nacogdoches County, Texas | E | Royalty | L | W | | | | | |
| 4. Minerals (Apache) Nacogdoches County, Texas | | None | J | W | | | | | |
| 5. Chase Bank (Houston) | A | Interest | M | T | | | | | |
| 6. Minerals (Chesapeake) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 7. Fee Land, Llano County, Texas | | None | K | W | | | | | |
| 8. Prudential Insurance Company | A | Int./Div. | J | T | | | | | |
| 9. Indigo Nacogdoches County, Texas | D | Royalty | M | W | | | | | |
| 10. Vallence Operating Co Panola County, Texas | | None | K | W | | | | | |
| 11. Minerals (Memorial Production Co) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 12. Minerals (Patara & Gulf Coast) Shelby County, Texas | A | Royalty | J | W | | | | | |
| 13. Minerals (Noble & Hyperion) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 14. Minerals (XTO) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 15. Minerals (Delta Petroleum) Newton County, Texas | A | Royalty | J | W | | | | | |
| 16. Texas State Bond | D | Interest | M | T | | | | | |
| 17. Greater Clark County, Colorado Bond 5% Due 7/15/11 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 04/16/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Akron, Ohio Bond 5% Due 1/12/17 | D | Interest | M | T | | | | | |
| 19. Houston, Texas Bond (SER, E) | B | Interest | L | T | | | | | |
| 20. Goldman Sachs Bank | B | Interest | | | Closed | 05/21/14 | M | | Issuer |
| 21. Massachusetts Bond | C | Interest | L | T | | | | | |
| 22. Barclays Bank PLC | A | Interest | M | T | | | | | |
| 23. ▓▓▓▓▓▓▓ Holdings Listed Below: | | | | | | | | | |
| 24. Compass Bank Houston, TX (Money Market) | A | Interest | M | T | | | | | |
| 25. J.P. Morgan Chase Common Stock (formerly J.P. Morgan & Co.) | B | Dividend | K | T | | | | | |
| 26. General Electric Co. Common Stock | C | Dividend | M | T | | | | | |
| 27. IBM Common Stock | A | Dividend | K | T | | | | | |
| 28. Exxon Mobil Corp. Common Stock | C | Dividend | M | T | | | | | |
| 29. Compass Bank Checking Account | | None | K | T | | | | | |
| 30. T. Rowe Price Small Cap Value Fund | E | Distribution | N | T | | | | | |
| 31. | | Dividend | | | | | | | |
| 32. T. Rowe Price New Era Fund | E | Distribution | M | T | | | | | |
| 33. | | Dividend | | | | | | | |
| 34. Northwestern Mutual Whole Life Policies - See Part VIII | E | Dividend | O | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 04/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 36. Illinois Tool Works Inc Common Stock | D | Dividend | O | T | | | | | |
| 37. 5% California Economic Recovery Bonds Due 7/1/2015 | C | Interest | | | Redeemed (part) | 06/03/14 | K | | Issuer |
| 38. | | | | | Redeemed | 09/04/14 | L | | Issuer |
| 39. Proctor & Gamble Common Stock | C | Dividend | M | T | | | | | |
| 40. 3.8% NY State Thruway Aut. Gen. Rev. Bonds Due 1/1/2015 | C | Interest | L | T | | | | | |
| 41. 5% Denver Colo City & Cnty Rev. Bonds Due 9/1/2015 | C | Interest | M | T | | | | | |
| 42. Akron, OH CTFS PARTN 5% Bonds Due 12/01/2017 | D | Interest | M | T | | | | | |
| 43. Northwestern Mutual Variable Annuity Policy (son, annuitant) | | None | M | T | | | | | |
| 44. Tarrant Cnty Tex Hea B LTH FACS Dev Corp 5% Bonds-12/1/2019 | C | Interest | M | T | | | | | |
| 45. Texas Transn Commun ST Hwy FD Rev 5% Bonds Due 4/1/2019 | C | Interest | M | T | | | | | |
| 46. Northwestern Mutual Insurance Service Account | A | Interest | J | T | | | | | |
| 47. Glaxosmithkline PLC | B | Dividend | K | T | | | | | |
| 48. Goldman Sachs Bank | | None | | | Closed | 01/31/14 | J | | See Part VIII |
| 49. Texas GO 5% Bonds Due 4/1/2019 | C | Interest | M | T | | | | | |
| 50. Phoenix AZ Rev. 5% Bonds Due 7/1/2018 | C | Interest | M | T | | | | | |
| 51. Chevron Corp. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 04/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royal Dutch Shell | C | Dividend | L | T | | | | | |
| 53. Dallas Cnty TX Cmnty College GO 5% Bonds Due 2/15/21 | C | Interest | M | T | | | | | |
| 54. Massachusetts GO 5.25% Bonds Due 8/1/2021 | D | Interest | M | T | | | | | |
| 55. Caterpillar Common Stock | B | Dividend | L | T | | | | | |
| 56. Barclays Bank PLC | A | Interest | O | T | | | | | |
| 57. Abbvie Inc. Common Stock | B | Dividend | L | T | | | | | |
| 58. Home Depot Common Stock | A | Dividend | L | T | Buy | 05/16/14 | K | | |
| 59. Microsoft Common Stock | B | Dividend | L | T | Buy | 05/16/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII(10)(11)(12)(13) Transfer of Ownership

VII(11) On November 17, 2013, I transferred the cash balance at that date from Goldman Sachs Bank to Barclays Bank PLC. The Goldman Sachs Bank account remained open with one bond in it until May 21 2014, when that bond was transferred to Barclay's Bank, PLC.

1. In response to Part VII C, _____ reported the aggregate cash surrender value for the whole life policies. In response to part VII B, she ____ shown the aggregate amount of the dividends on those policies, which are used to pay the premiums and increase the cash surrender value.

2. On November 19, 2013, _____ ; transferred the cash balance at that date form Goldman Sachs Bank to Barclays Bank PLC. The Goldman Sachs Bank account remained open with a small cash balance (less than $15,000) until January 31, 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 04/16/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas M. Reavley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544